UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES MARTINEZ  ]
    Plaintiff,  ]
    ]
v.  ]   No. 3:08-0738
    ]   Judge Nixon
SAMUEL TIMOTHY McGRAW, et al.  ]
    Defendants.  ]

### O R D E R

The plaintiff has filed a *pro se* Notice of Appeal (Docket Entry No. 115). He has not, however, submitted either the full appellate filing fee or an application to proceed on appeal in forma pauperis with his Notice.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the Clerk of this Court the entire appellate filing fee of four hundred fifty five dollars ($455.00) or submit an application to proceed on appeal in forma pauperis. Callihan v. Schneider, 178 F.3d 800, 803 (6th Cir.1999).

The Clerk shall send the plaintiff a blank application to proceed in forma pauperis. The Clerk is also directed to forward a copy of this order to the Clerk of the Court of Appeals.

It is so ORDERED.

                                                  _____
                                                John T. Nixon
                                                Senior District Judge