UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:08-0738 |
| ) | Judge Campbell/Bryant |
| SAMUEL TIMOTHY McGRAW, et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### O R D E R

At the request of counsel for the parties a telephone conference was scheduled with the undersigned at 9:00 a.m. on February 28, 2012 (Docket Entry No. 207). Counsel for the defendants have a conflict with that date and have requested that the telephone conference be moved to 1:30 p.m. on February 29, 2012. The request is **GRANTED**. Mr. Ramey shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge